UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America,<br><br>-against-<br><br>Bakai Marat-Uulu,<br><br>                    Defendant. | No. 17 CR 350 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Defendant Bakai Marat-Uulu's motion [dkt. no. 1446] requesting a reduction of his sentence under 18 U.S.C. § 3582(c)(2). The Government shall respond to Mr. Marat-Uulu's motion by May 22, 2024. Mr. Marat-Uulu shall file any reply by June 19, 2024.

**SO ORDERED.**

Dated:    April 23, 2024
         New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge